STATE OF NEW JERSEY v. THOMAS BROOKINS.

January 16, 1974. Petition for certification denied.

DOLORES IRONS v. TOWNSHIP OF OCEAN.

January 16, 1974. Petition for certification denied.

ROBERT STEIN v. BEATRICE STEIN.

January 16, 1974. Petition for certification denied.

FOUR SQUIRE CORP. v. BOARD OF ADJUSTMENT OF THE BOROUGH OF HASBROUCK HEIGHTS.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GARRY KLINGER.

January 16, 1974. Petition for certification denied.

GERARD KERR v. RCA ASTRO-ELECTRONICS DIVISION.

January 16, 1974. Petition for certification denied.